United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 18-12108-ref
Julie Altagracia Castillo                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith               Page 1 of 1                   Date Rcvd: Apr 02, 2018
                             Form ID: 130        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db            Julie Altagracia Castillo,   825 N Irving Street,   Allentown, PA 18109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
           CHARLES LAPUTKA    on behalf of Debtor Julie Altagracia Castillo claputka@laputkalaw.com,
            jen@laputkalaw.com;mary@laputkalaw.com;notices@nextchapterbk.com
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 13

    Julie Altagracia Castillo

              Debtor(s)                          Bankruptcy No: 18−12108−ref

*O R D E R*

**AND NOW,** this 29th day of March, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 04/12/2018.
    Chapter 13 Plan due by 04/12/2018.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
    Form 122C−1 Due 04/12/2018.
    Schedules AB−J due 04/12/2018.
    Statement of Financial Affairs due 04/12/2018.
    Summary of Assets and Liabilities Form B106 due 04/12/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

5
Form 130