**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Julie Altagracia Castillo,** | **No: 18-12108** |
| **Debtor** | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

I, Charles Laputka, Esquire, do hereby certify that on the 9th day of April, 2018, a true and correct copy of the Chapter 13 Plan was served upon all creditors listed in the matrix and by first-class, postage prepaid U. S. mail and/or via electronic delivery through the U.S. Bankruptcy Court's ECF system upon:

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Julie Altagracia Castillo
PO Box 3074
Bethlehem, PA 18017

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102