**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Julie Altagracia Castillo | CHAPTER 13 |
| Debtor | CASE NO. 18-12108 |

**ADDENDUM TO PARTs 3 and 4 OF THE 1ST AMENDED CHAPTER 13 PLAN DATED AUGUST 24, 2018**

Counsel for the Debtor, Julie Altagracia Castillo, hereby states that Part 3 and 4 of the 1st Amended Chapter 13 Plan dated August 24, 2018 should be amended as follows:

**Part 3: Priority Claims (Including Administrative Expenses & Debtor's Counsel Fees)**

**§ 3(a)** Except as provided in § 3(b) below, all allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Estimated Amount to be Paid |
|---|---|---|
| Charles Laputka, Esquire | Attorney Fees | $1,810.00 |
| PA Department of Revenue | 11 U.S.C. 507(a)(8) | $255 |

**§ 3(b)** Domestic Support obligations assigned or owed to a governmental unit and paid less than full amount.

☒    **None.** If "None" is checked, the rest of § 3(b) need not be completed or reproduced.

**Part 4: Secured Claims**

**§ 4(a) Curing Default and Maintaining Payments**

☐    **None.** If "None" is checked, the rest of § 4(a) need not be completed.

The Trustee shall distribute an amount sufficient to pay allowed claims for prepetition arrearages; and, Debtor shall pay directly to creditor monthly obligations falling due after the bankruptcy filing.

| Creditor | Description of Secured Property and Address, if real property | Regular Monthly Payment to be paid directly to creditor by Debtor | Estimated Arrearage | Interest Rate on Arrearage, if applicable | Amount to be Paid to Creditor by the Trustee |
|---|---|---|---|---|---|
| Seterus, Inc. | 86-86 1/2 Woodward Street, Jersey City | Variable | $2421.72 | 0.00% | $2421.72 |
| Ditech Financial | 852 N. Irving Street, Allentown, PA 18109 Lehigh County | Variable | $75.01 | 0.00% | $75.01 |

| Creditor | Description of Secured Property and Address, if real property | Regular Monthly Payment to be paid directly to creditor by Debtor | Estimated Arrearage | Interest Rate on Arrearage, if applicable | Amount to be Paid to Creditor by the Trustee |
|---|---|---|---|---|---|
| **Specialized Loan Services** | **847 N Kearney Street Allentown, PA 18109 Lehigh County** | **Variable** | Prepetition: $29,013.98 | 0.00% | $29,013.98 |
| **PA Department of Revenue** | **852 N. Irving Street, Allentown, PA 18109 Lehigh County** | **Variable** | $40.27 | 0.00% | $40.27 |

**§ 4(b) Allowed Secured Claims to be Paid in Full: Based on Proof of Claim or Pre-Confirmation Determination of the Amount, Extent or Validity of the Claim**

☒ **None.** If "None" is checked, the rest of § 4(b) need not be completed or reproduced.

**§ 4(c) Allowed secured claims to be paid in full that are excluded from 11 U.S.C. § 506**

☒ **None**. If "None" is checked, the rest of § 4(c) need not be completed.

**§ 4(d) Surrender**

☒ **None.** If "None" is checked, the rest of § 4(d) need not be completed.

Laputka Law Office, LLC

Dated: September 11, 2018

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102