**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Julie Altagracia Castillo | CHAPTER 13 |
| Debtor | CASE NO. 18-12108 |

**ADDENDUM TO PART 2 OF THE 1ST AMENDED CHAPTER 13 PLAN**
**DATED AUGUST 24, 2018**

Counsel for the Debtor, Julie Altagracia Castillo, hereby states that Part 2 of the 1st Amended Chapter 13 Plan dated August 24, 2018 should be amended as follows:

**Part 2: Payment and Length of Plan**

**§ 2(a)(1) Initial Plan:**
   **Total Base Amount** to be paid to the Chapter 13 Trustee ("Trustee") $_____
   Debtor shall pay the Trustee $_____ per month for ____ months; and
   Debtor shall pay the Trustee $_____ per month for _____ months.
   ☐ Other changes in the scheduled plan payment are set forth in § 2(d)

**§ 2(a)(2) Amended Plan:**
   **Total Base Amount** to be paid to the Chapter 13 Trustee ("Trustee") $ **36,540**
The Plan payments by Debtor shall consists of the total amount previously paid ($ **3600** ) added to the new monthly Plan payments in the amount of $ **610** beginning **October 28, 2018** (date).
   ☐ Other changes in the scheduled plan payment are set forth in § 2(d)

**§ 2(b)** Debtor shall make plan payments to the Trustee from the following sources in addition to future wages (Describe source, amount and date when funds are available, if known):

**§ 2(c)** Use of real property to satisfy plan obligations:
   ☐ Sale of real property
   See § 7(c) below for detailed description

   ☐ Loan modification with respect to mortgage encumbering property:
   See § 7(d) below for detailed description

**§ 2(d)** Other information that may be important relating to the payment and length of Plan:

Laputka Law Office, LLC

Dated: October 9, 2018

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102