United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Julie Altagracia Castillo  
    Debtor

Case No. 18-12108-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Oct 11, 2018  
                         Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db        Julie Altagracia Castillo,   825 N Irving Street,   Allentown, PA 18109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:  
        CHARLES LAPUTKA   on behalf of Debtor Julie Altagracia Castillo claputka@laputkalaw.com, jen@laputkalaw.com;mary@laputkalaw.com;bkeil@laputkalaw.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        HEATHER STACEY RILOFF   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com  
        JEROME B. BLANK   on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
        WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                                                                   TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Julie Altagracia Castillo
      Debtor(s)

Chapter: 13

Bankruptcy No: 18−12108−ref

___

## *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this October 11, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Richard E. Fehling
                                      Chief Judge ,
                                      United States Bankruptcy Court

                                                        30
                                                  Form 155