# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Julie Altagracia Castillo aka Altagracia Castillo<br>Debtor | BKY. NO. 18-12108 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for DLJ Mortgage Capital, Inc. and index same on the master mailing list.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esq.**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322