United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 18-12108-ref
Julie Altagracia Castillo                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: SaraR              Page 1 of 1              Date Rcvd: Mar 14, 2019
                           Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14116935       E-mail/Text: bankruptcy.bnc@ditech.com Mar 15 2019 03:31:08      Ditech Financial LLC,
    P.O. Box 6154,   Rapid City, SD 57709-6154
                                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
      CHARLES   LAPUTKA    on behalf of Debtor Julie Altagracia Castillo claputka@laputkalaw.com,
     jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
      HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
     Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,   Michelle@mvrlaw.com
      JEROME B. BLANK    on behalf of Creditor    Specialized Loan Servicing LLC paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      SCOTT   WATERMAN     ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
                                                                                                      TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-12108-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Julie Altagracia Castillo
825 N Irving Street
Allentown PA 18109

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 3: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

DLJ Mortgage Capital, Inc.
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/16/19

Tim McGrath
**CLERK OF THE COURT**