Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-12108-PMM**

JULIE ALTAGRACIA  CASTILLO
825 N IRVING STREET
ALLENTOWN  PA    18109-8109

Petition Filed Date: 03/29/2018
341 Hearing Date: 05/22/2018
Confirmation Date: 10/11/2018

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $610.00 | 25642656731 | 02/26/2019 | $610.00 | 25642658384 | 03/29/2019 | $610.00 | 25431963456 |
| 04/22/2019 | $610.00 | 25883969051 | 05/22/2019 | $610.00 | 25807043441 | 06/25/2019 | $610.00 | 108379623495 |
| 07/26/2019 | $610.00 | 26006510935 | 08/28/2019 | $610.00 | 26018869612 | 09/27/2019 | $610.00 | 26156306024 |
| 10/29/2019 | $610.00 | 26061480033 | 11/27/2019 | $610.00 | 26156320727 | 12/30/2019 | $610.00 | 26314205332 |
| 01/28/2020 | $610.00 | 26314209753 | 02/25/2020 | $610.00 | 1689496191 | 03/27/2020 | $610.00 | 26359286815 |
| 04/28/2020 | $610.00 | 26588900272 | 05/27/2020 | $610.00 | 26588918608 | | | |

**Total Receipts for the Period: $10,370.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $15,800.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 4 | NATIONSTAR MORTGAGE LLC<br>»» 004 | Mortgage Arrears | $2,421.72 | $951.77 | $1,469.95 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $255.00 | $255.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $40.27 | $15.11 | $25.16 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $61.40 | $0.00 | $61.40 |
| 3 | SN SERVICING CORPORATION<br>»» 003 | Mortgage Arrears | $75.01 | $15.02 | $59.99 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»» 001 | Mortgage Arrears | $29,013.98 | $11,402.81 | $17,611.17 |
| 5 | CHARLES LAPUTKA ESQ<br>»» 005 | Attorney Fees | $1,810.00 | $1,810.00 | $0.00 |
| 5 | BANCO POPULAR DE PUERTO RICO<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-12108-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,800.00 | Current Monthly Payment: | $610.00 |
| Paid to Claims: | $14,449.71 | Arrearages: | $1,220.00 |
| Paid to Trustee: | $1,335.14 | Total Plan Base: | $36,540.00 |
| Funds on Hand: | $15.15 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.