UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 29, 2020

To:
MARIO J. HANYON
Phelan Hallinan & Schmieg
1617 John F. Kennedy Boulevard
Suite 1400
Philadelphia, PA 19103

In re: Julie Altagracia Castillo
Bankruptcy No. 18-12108PMM
Adversary No.
Chapter 13

Re **Motion for relief from stay filed by Specialized Loan Servicing LLC**

The above document(s) were filed in this office on 9/28/2020. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

- ( )  Voluntary Petition
- ( )  Adversary Proceeding
- ( )  $31.00 Filing Fee for Amendments
- ( )  $25.00 Claims Transfer Fee
- ( )  Motion Filing Fee $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Virginia S. De Buvitz**
Deputy Clerk

*Fee Notice*
*(11/26/18)*