**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                Case No. 18-12108-pmm
                                                                      Chapter 13

Julie Altagracia Castillo aka Altagracia Castillo

Debtor(s).

## NOTICE OF APPEARANCE

**Specialized Loan Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel P. Jones, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    */s/ Daniel P. Jones, Esquire*
       Daniel P. Jones, Esquire,
       Bar No: 321876
       Stern & Eisenberg, PC
       1581 Main Street, Suite 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: (215) 572-8111
       Fax: (215) 572-5025
       djones@sterneisenberg.com
       Attorney for Creditor

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of October, 2020, to the following:

Charles Laputka
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
*Attorney for Debtor(s)*


Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter 13 Trustee*


U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Julie Altagracia Castillo aka Altagracia Castillo
825 N Irving Street
Allentown, PA 18109

*Debtor(s)*


            By:   /s/Daniel P. Jones, Esquire