IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Julie Altagracia Castillo aka Altagracia Castillo<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 18-12108-pmm |

## CERTIFICATE OF NO RESPONSE

    I, Daniel P. Jones, attorney for Specialized Loan Servicing C/O National Bankruptcy Services, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay in order to proceed with loan modification was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

    In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay in order to proceed with loan modification with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by October 20, 2020. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Julie Altagracia Castillo aka Altagracia Castillo<br><br>Debtor(s) | Chapter 13<br><br>Bankruptcy Case: 18-12108-pmm |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on October 27, 2020 via First Class Mail.

Charles Laputka
1344 W. Hamilton St.
Allentown, PA 18102
claputka@laputkalaw.com
**Counsel for Debtor**

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
**Bankruptcy Trustee**

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage
prepaid to:

Julie Altagracia Castillo aka Altagracia Castillo
825 N Irving Street
Allentown, PA 18109
**Debtor(s)**

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC