IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-12108 PMM |
| **JULIE ALTAGRACIA CASTILLO** | : | |
| **A/K/A ALTAGRACIA CASTILLO** | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| **SPECIALIZED LOAN SERVICING LLC** | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 AND §1301 |
| **JULIE ALTAGRACIA CASTILLO** | : | |
| **A/K/A ALTAGRACIA CASTILLO** | : | |
| **FRANTZ SIMEON (Non-Filing Co-Debtor)** | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY AND CO-DEBTOR STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

      **AND NOW**, this _____ day of _____, 2020, at **READING**, upon Motion of **SPECIALIZED LOAN SERVICING LLC** (Movant), it is:

      **ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic Stay and Co-Debtor Stay; and it is further;

      **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **SPECIALIZED LOAN SERVICING LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay for the limited purpose of recording and completing the loan modification.

_/s/ Patricia M. Mayer_
_____
PATRICIA M. MAYER, Bankruptcy Judge

**Date: October 29, 2020**

SCOTT F WATERMAN, ESQUIRE (TRUSTEE)
2901 SAINT LAWRENCE AVENUE, SUITE 100
READING, PA 19606

FRANTZ SIMEON
847 NORTH KEARNEY STREET
ALLENTOWN, PA 18109-1949

CHARLES LAPUTKA, ESQUIRE
1344 W HAMILTON ST
ALLENTOWN, PA 18102

JULIE ALTAGRACIA CASTILLO
825 N IRVING STREET
ALLENTOWN, PA 18109

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106