United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-12108-pmm |
| Julie Altagracia Castillo | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Julie Altagracia Castillo, 825 N Irving Street, Allentown, PA 18109 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Julie Altagracia Castillo claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| DANIEL P. JONES | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Specialized Loan Servicing LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| HEATHER STACEY RILOFF | on behalf of Creditor Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 2 |

JEROME B. BLANK
    on behalf of Creditor Specialized Loan Servicing LLC paeb@fedphe.com

KEVIN G. MCDONALD
    on behalf of Creditor DLJ Mortgage Capital  Inc. bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com

MARIO J. HANYON
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com


TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-12108 PMM |
| **JULIE ALTAGRACIA CASTILLO** | : | |
| **A/K/A ALTAGRACIA CASTILLO** | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| **SPECIALIZED LOAN SERVICING LLC** | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 AND §1301 |
| **JULIE ALTAGRACIA CASTILLO** | : | |
| **A/K/A ALTAGRACIA CASTILLO** | : | |
| **FRANTZ SIMEON (Non-Filing Co-Debtor)** | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY AND CO-DEBTOR STAY IN ORDER
TO PROCEED WITH LOAN MODIFICATION**

      **AND NOW**, this _____ day of _____, 2020, at **READING**, upon Motion of **SPECIALIZED LOAN SERVICING LLC** (Movant), it is:

      **ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic Stay and Co-Debtor Stay; and it is further;

      **ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **SPECIALIZED LOAN SERVICING LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay for the limited purpose of recording and completing the loan modification.

_/s/ Patricia M. Mayer_
_____
PATRICIA M. MAYER, Bankruptcy Judge

**Date: October 29, 2020**

SCOTT F WATERMAN, ESQUIRE (TRUSTEE)
2901 SAINT LAWRENCE AVENUE, SUITE 100
READING, PA 19606

FRANTZ SIMEON
847 NORTH KEARNEY STREET
ALLENTOWN, PA 18109-1949

CHARLES LAPUTKA, ESQUIRE
1344 W HAMILTON ST
ALLENTOWN, PA 18102

JULIE ALTAGRACIA CASTILLO
825 N IRVING STREET
ALLENTOWN, PA 18109

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106